Case 2:23-cv-00254   Document 49   Filed on 03/26/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 26, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ADRIAN ROBERTO RUIZ, JR., | § § § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:23-CV-00254 |
| | § § | |
| CARDINAL LOGISTICS MANAGEMENT CORPORATION, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice. (D.E. 48). The Court hereby deems the stipulation effective. (D.E. 48); FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the Court **ORDERS** the Clerk of Court to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
March 26, 2025